No. 481. BUSH v. ALLSTATE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 488. PITCHFORD ET UX. v. KUZEMCHAK ET UX. Sup. Ct. N. M. Certiorari denied.

No. 489. MOHAN ET AL. v. KERR. C. A. 7th Cir. Certiorari denied.

No. 490. OGILVIE, GOVERNOR OF ILLINOIS v. JACKSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 491. DIFCO LABORATORIES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 497. A & S ELECTRONIC DIE CORP. ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 504. IMBURGIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 514. WINKLER v. WINKLER. Ct. App. N. Y. Certiorari denied.

No. 518. TIMMONS v. SOUTH CAROLINA TRICENTEN-NIAL COMMISSION ET AL. C. A. 4th Cir. Certiorari denied.

No. 547. M. P. HOWLETT, INC. v. THE MICHAEL MORAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 549. ARMSTRONG v. COMMERCE TANKERS CORP. ET AL. C. A. 2d Cir. Certiorari denied.